UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

J & J SPORTS PRODUCTIONS, INC. as
Broadcast Licensee of the March 13, 2010,
Pacquaio/Clottey Broadcast,

Plaintiff,

-vs-

Case No. 6:10-cv-1053-Orl-18GJK

JESUS EXPEDITO FERNANDEZ and
UNIVERSAL EMPANADAS RESTAURANT,
INC.,

Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Default Judgment (Doc. No. 14). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Therefore, the Motion for Default Judgment (Doc. No. 14) is **GRANTED** in part and **DENIED** in part. Accordingly,

The Clerk is directed to enter default judgment against each Defendant, jointly and severally, in the following amounts:

1. Pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), a sum in the amount of ONE THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($1,500.00); and
2. Pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), a sum in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($4,500.00) for enhanced damages for each Defendant's willful violation of 47 U.S.C. § 605(a); and

3. Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), in the discretion of the Court, costs and attorney's fees of ONE THOUSAND THREE HUNDRED SEVENTY ONE DOLLARS AND SEVENTY FIVE CENTS ($1,371.75).

The Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ____ day of April, 2011.

_____
G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge

-2-